Deceased, Appellants, v. CORN HILL REALTY COMPANY, Respondent.— Judgment and orders affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

MATTHEW A. CARTON and Others, Appellants, v. ROBERT D. FRASER, Respondent.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

WILLIAM G. BAHLER, Respondent, v. J. B. WELLS & SON COMPANY, Appellant. — Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

GEORGE B. BREON, Respondent, v. HOME NOODLE MANUFACTURING Co., INC., Appellant.— Judgment affirmed, with costs. Order denying motion for a new trial affirmed, without costs of this appeal to either party. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

CZESLAWA BLOCH, an Infant, etc., Respondent, v. ALEXANDER SZCZUKOWSKI, Appellant, Impleaded with Another, Defendant.—Appeal dismissed, without costs. The decision made upon the appeal from the order denying the motion for a new trial, filed herewith, makes the determination of this appeal unnecessary. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

JOSEPH WISNIEWSKA, Respondent, v. ALEXANDER SZCZUKOWSKI, Appellant, Impleaded with Another, Defendant.—Appeal dismissed, without costs. The decision made upon the appeal from the order denying the motion for a new trial, filed herewith, makes the determination of this appeal unnecessary. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

CHARLES R. GOWEN, Respondent, v. FORBES MOTOR AGENCY, INCORPORATED, and DENNIS W. KEATING, Appellants.— Order reversed on the facts and verdict reinstated, with costs to the appellant. All concur, except Sears, P. J., and Crouch, J., who dissent and vote for affirmance. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

FRANK S. ARMSTRONG, Respondent, v. FORBES MOTOR AGENCY, INCORPORATED, and DENNIS W. KEATING, Appellants.— Order reversed on the facts and verdict reinstated, ·with costs to the appellant. All concur, except Sears, P. J., and Crouch, J., who dissent and vote for affirmance. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

BASIL ROBILLARD, Appellant, v. ISABEL S. ROBILLARD, Respondent.— Order of May 15, 1929, affirmed, without costs. Order of May 24, 1929, reversed so far as it makes provision for increase of alimony and motion in that respect denied, without prejudice to a motion for such relief at Special Term, and otherwise affirmed, without costs. Appeal from order of September 24, 1929, dismissed as academic. All concur. Present — Sears, P. J., Taylor, Edgcomb; Thompson and Crosby, JJ.

PEOPLES BANK OF BUFFALO, Respondent, v. ALBERT PICK & COMPANY, Appellant. FRONTIER MORTGAGE CORPORATION and Another, Respondents, Impleaded with Others, Defendants.— Judgment and order modified by reducing the additional allowance of costs to the plaintiff to the sum of $200 and as so modified affirmed, with one bill of costs in favor of the plaintiff against appellant and one bill of costs in favor of defendants Frontier Mortgage Corporation and Granite Bond and Mortgage Corporation against appellant. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.